UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Fardrigue Senat**
30 Annafran St
Roslindale, MA 02131
Email: fnsenat@gmail.com,
Plaintiff, Pro Se

v.

Experian Information Solutions, Inc.,
Defendant.

# COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

### I. PARTIES

1. Plaintiff is a natural person residing at 30 Annafran St, Roslindale, MA 02131, and is a consumer as defined by 15 U.S.C. §1681a(c). 2. Defendant Experian Information Solutions, Inc. is a consumer reporting agency within the meaning of 15 U.S.C. §1681a(f) and conducts business in this District.

### II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §1331 because this action arises under the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. 4. Venue is proper in this District pursuant to 28 U.S.C. §1391 because Defendant conducts business in Massachusetts and the events giving rise to the claims occurred in this District.

### III. FACTUAL ALLEGATIONS

5. Plaintiff obtained copies of his consumer credit report in October 2025 and discovered inaccurate and misleading information. 6. On November 1, 2025, Plaintiff sent written dispute letters to Defendant and to the furnishers identifying inaccuracies including DOFD vs. Last Reported mismatches, duplicate reporting, and debts not owed. 7. Defendant failed to conduct a reasonable reinvestigation. 8. On December 22, 2025, Plaintiff filed CFPB complaints regarding these inaccuracies. 9. Defendant had actual notice of the disputes yet failed to correct or delete the inaccurate information. 10. Defendant's conduct caused harm including credit damage and emotional distress.

### IV. CAUSES OF ACTION

Count I – Failure to Reinvestigate (15 U.S.C. §1681i). Count II – Failure to Assure Maximum Possible Accuracy (15 U.S.C. §1681e(b)).

### V. DAMAGES

11. Plaintiff suffered actual damages. 12. Continued reporting after November 1, 2025 disputes and December 22, 2025 CFPB complaints constitutes willful noncompliance under 15 U.S.C. §1681n.

### VI. PRAYER FOR RELIEF

Plaintiff requests actual damages, statutory damages, punitive damages, costs, and any further relief deemed proper.

**VII. JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully submitted,